BENJAMIN B. ODELL, JR., as Receiver of THOMAS McNALLY COMPANY, Appellant and Respondent, *v.* THE CITY OF NEW YORK, Respondent and Appellant.

*Contract — New York city — action to recover on contract for construction of portion of Catskill aqueduct — extra work.*

Odell v. *City of New York,* 206 App. Div. 68, affirmed.

(Argued May 14, 1924; decided July 5, 1924.)

CROSS-APPEALS, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The plaintiff divided his claim against the city into two causes of action. In the first cause of action he sued for what he contended was due him under the provisions of a contract for construction of a portion of the Catskill aqueduct. In the second cause of action he sued on the theory that the city unjustly required the plaintiff and his predecessors to furnish materials and do work not covered by its contract and thereby committed breaches of the contract. Plaintiff appealed from the dismissal of certain of his claims. Defendant appealed from the judgment as entered against it.

*Nathan L. Miller, Max L. Schallek* and *H. Bartow Farr* for plaintiff, appellant and respondent.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien* and *Elliot S. Benedict* of counsel), for defendant, respondent and appellant.

Judgment affirmed, without costs to either party; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.